**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE RAMOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. CV 23-06277-DMG (MAA)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge [Doc. # 18]. The time for filing objections has expired, and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that:

　　　　(1)　　The Report and Recommendation of United States Magistrate Judge is accepted; and

///

(2) Judgment shall be entered reversing the final decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: September 30, 2024

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE