1  ANDREW T. KOENIG, State Bar No. 158431
2  Attorney at Law
3  93 S. Chestnut Street, Suite 208
   Ventura, California 93001
4  Telephone: (805) 653-7937
   Facsimile: (805) 653-7225
5  E-Mail: andrewtkoenig@hotmail.com
6
7  Attorney for Plaintiff Jose Ramos
8
                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                        WESTERN DIVISION
11
   JOSE RAMOS,                    )    CASE NO. CV 23-06277-DMG(MAA)
12                                )
       Plaintiff,                 )    [PROPOSED] ORDER
13                                )    AWARDING ATTORNEY'S
                                  )    FEES AND COSTS PURSUANT
14       v.                       )    TO THE EQUAL ACCESS TO
                                  )    JUSTICE ACT, 28 U.S.C.
15                                )    § 2412(d), AND COURT COSTS
16 MARTIN O'MALLEY,               )    PURSUANT TO
   COMMISSIONER OF SOCIAL         )    28 U.S.C. § 1920
17 SECURITY,                      )
                                  )
18                                )
       Defendant.                 )
19 _____)
20
21
22      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
23
24 IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to
25 Justice Act in the amount of SEVEN-THOUSAND SEVEN-HUNDRED
26 DOLLARS and ZERO CENTS ($7,700.00), and Court costs in the amount of
27
28 FOUR-HUNDRED TWO DOLLARS and NO CENTS ($402.00), as authorized by

28 U.S.C. § 2412(d), pursuant to 28 U.S.C. § 1920, subject to the terms of the

Stipulation.

Dated:  11/13/2024

_____

UNITED STATES MAGISTRATE JUDGE